# United States Bankruptcy Court
### District of __Minnesota__

In re __Walter D. and Roxanne L. Tischer__    Case No. ___11-60003___

Debtor                                    Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] , Walter D and Roxanne L. HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST    Tischer

This is the report as of __3/3/11___ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| SEE ATTACHED | | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: _____

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Tischer Management, Inc. | 100% | 1 |
| Minnesota Mobile Billboards, Inc. | 100% | 2 |
| Kappy Investments, Inc. | 85% | 3 |
| Time Square, Inc. | 100% | 4 |
| Time Square of MN, LLC | 100% | 5 |
| Douglas Properties, LLC | 100% | 6 |
| Oak Knoll Apartments, LLC | 100% | 7 |
| Tischer Homes, Inc. | 100% | 8 |
| ASUM, Inc. | 100% | 9 |
| First in Real Estate, LLC | 100% | 10 |
| Townsite Developers, LLC | 100% | 11 |
| Anchor Inn, LLC | 100% | 12 |
| Kappy Developers, LLC | 100% | 13 |
| Squeeky Clean Wash, Inc. | 100% | 14 |
| Viking Village Apartments | 100% | 15 |
| Woodlawn Shores | 100% | 16 |

# TAB 1

Tischer Management, Inc.

Exhibit A

## **Valuation Estimate for Tischer Management Inc.**

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information]

**Value:** $0.00
**Estate's interest:** 100%
**Source of Information:** Debtors

Exhibit B

## **Financial Statements for Tischer Management, Inc.**

**NONE.**

Exhibit B-1

## **Balance Sheet for Tischer Management, Inc.**
### **As of 03/03/11**

**See attached Balance Sheet.**

Exhibit B-2

## **Statement of Income (Loss) for Tischer Management, Inc.**
### **Period Ending 03/03/11**

[Provide a statement of income (loss) for the following periods:

    (i)     For the initial report:
             a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
             b.   the prior fiscal year.
    (ii)    For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**See attached Profit & Loss.**

Exhibit B-3

## Statement of Cash Flows for Tischer Management, Inc.
### Period Ending 03/03/11

[Provide a statement of changes in cash flows for the following periods:

      (i)      For the initial report:
                  a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
                  b.   the prior fiscal year.
      (ii)     For subsequent reports, since the closing date of the last report.


Indicate the source of this information]

**See attached Profit & Loss.**

Exhibit B-4

## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for
## Tischer Management, Inc.
### Period Ending _____

[Provide a statement of changes in shareholders'/partners' equity (deficit) for the following periods:

      (i)      For the initial report:
                  a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
                  b.   the prior fiscal year.
      (ii)     For subsequent reports, since the closing date of the last report.


Indicate the source of this information]

**NONE.**

Exhibit C

## Description of Operation for Tischer Management, Inc.

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.

**Nature:**                       **Payroll Company**
**Extent of Estate's interest:**     **100%**

TISCHER MANAGEMENT INC
# Balance Sheet
As of March 3, 2011

|  | Mar 3, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Wells Fargo | 1,580.00 |
| State Bank & Trust | 40.71 |
| Tischer Management - Viking Sav | -4,803.90 |
| **Total Checking/Savings** | -3,183.19 |
| **Accounts Receivable** | |
| Accounts Receivable | 2,510.00 |
| **Total Accounts Receivable** | 2,510.00 |
| **Other Current Assets** | |
| Loan to MMB | 6,363.52 |
| Loan to Time Square | 59,736.33 |
| loan to Tischer Management | -2,337.00 |
| Loan to DP | 22,029.58 |
| Loan to Kappy | -47,809.81 |
| Loan to Squeeky | 77,689.31 |
| Loan to Motel USA | 133,460.52 |
| **Total Other Current Assets** | 344,752.07 |
| **Total Current Assets** | 344,078.88 |
| **Fixed Assets** | |
| Machinery & Equipment | 3,783.52 |
| Accum Depreciation | -3,666.35 |
| Capital Improvements | 5,389.31 |
| **Total Fixed Assets** | 5,506.48 |
| **Other Assets** | |
| Start up Costs | 555.00 |
| Accum Amort | -555.00 |
| **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | 349,585.36 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 52,206.59 |
| **Total Accounts Payable** | 52,206.59 |
| **Other Current Liabilities** | |
| Loan From NOVUS | 1,200.00 |
| LOAN FROM SQUEEKY | 2,000.00 |
| Loan from Wally and Rox | 3,871.00 |
| Loan From DP | 47,476.95 |
| Loan from 115 Building | 54,337.50 |
| Loan from Oak | 10,241.68 |
| Security Deposit | 1,750.00 |
| Loan From Townsite | 3,915.80 |
| Capital improvement | 40,000.00 |
| Payroll Liabilities | 51,781.20 |
| **Total Other Current Liabilities** | 216,574.13 |
| **Total Current Liabilities** | 268,780.72 |
| **Long Term Liabilities** | |
| First State Bank Mortgage#33527 | -5,250.00 |
| **Total Long Term Liabilities** | -5,250.00 |
| **Total Liabilities** | 263,530.72 |

# TISCHER MANAGEMENT INC
# Balance Sheet
### As of March 3, 2011

|  | Mar 3, 11 |
|---|---|
| **Equity** |  |
| Tischer Equity 115 Payments | -54,668.85 |
| Paid In Capital Wally | 535,893.89 |
| Opening Bal Equity | 8,949.29 |
| Retained Earnings | -396,719.37 |
| Stock - Wally | 1,000.00 |
| Net Income | -8,400.32 |
| **Total Equity** | 86,054.64 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | 349,585.36 |

# TISCHER MANAGEMENT INC
# Profit & Loss
### January 1 through March 3, 2011

|  | Jan 1 - Mar 3, 11 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Transfer between accounts | 0.00 |
| Rent | 5,570.00 |
| **Total Income** | 5,570.00 |
| **Expense** |  |
| Late Fee | 15.55 |
| Labor | 300.00 |
| Bank Service Charges | 7.95 |
| Insurance |  |
| Health | 2,498.00 |
| Insurance - Other | 1,331.00 |
| **Total Insurance** | 3,829.00 |
| Maintenance | 24.05 |
| Minn. Unemployment Tax | 500.00 |
| Office Expenses | 245.16 |
| Payroll Expenses | 1,184.54 |
| Telephone |  |
| Cell Phone | 489.24 |
| **Total Telephone** | 489.24 |
| Truck Expense |  |
| Fuel | 4,630.66 |
| Truck Expense - Other | 865.51 |
| **Total Truck Expense** | 5,496.17 |
| Utilities |  |
| Utilities- Gas | 975.56 |
| Utilities-- Garbage | 64.26 |
| Utilities -Electric | 311.88 |
| Utilities-Sewer | 421.84 |
| Utilities-Storm Water | 16.16 |
| Utilities-tax | 50.26 |
| Utilities-Commercial water | 38.70 |
| **Total Utilities** | 1,878.66 |
| **Total Expense** | 13,970.32 |
| **Net Ordinary Income** | -8,400.32 |
| **Net Income** | -8,400.32 |

# TAB 2

Minnesota Mobile Billboards, Inc.

Exhibit A

## Valuation Estimate for Minnesota Mobile Billboards, Inc.

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information]

| | |
|---|---|
| **Value:** | **$0.00** |
| **Estate's interest:** | **100%** |
| **Source of Information:** | **Debtors** |

Exhibit B

## Financial Statements for Minnesota Mobile Billboards, Inc.

**NONE.**

Exhibit B-1

## Balance Sheet for Minnesota Mobile Billboards, Inc.
### As of 03/03/11

**See attached Balance Sheet.**

Exhibit B-2

## Statement of Income (Loss) for Minnesota Mobile Billboards, Inc.
### Period Ending 03/03/11

[Provide a statement of income (loss) for the following periods:

    (i)     For the initial report:
              a.  the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
              b.  the prior fiscal year.
    (ii)    For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**See attached Profit & Loss.**

Exhibit B-3

## Statement of Cash Flows for Minnesota Mobile Billboards, Inc.
## Period Ending 03/03/11

[Provide a statement of changes in cash flows for the following periods:

    (i)      For the initial report:
                  a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
                  b.   the prior fiscal year.
    (ii)     For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**See attached Profit & Loss.**

Exhibit B-4

## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for
## Minnesota Mobile Billboards, Inc.
## Period Ending _____

[Provide a statement of changes in shareholders'/partners' equity (deficit) for the following periods:

    (i)      For the initial report:
                  a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
                  b.   the prior fiscal year.
    (ii)     For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**NONE.**

Exhibit C

## Description of Operation for Minnesota Mobile Billboards, Inc.

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.

**Nature:**                      **Advertising Company**
**Extent of Estate's interest:**      **100%**

2

# Minnesota Mobile Billboards, Inc.
## Balance Sheet
### As of March 3, 2011

|  | Mar 3, 11 |
|---|---:|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| State Bank & Trust | 486.47 |
| Viking Savings Bank Checking | -312.38 |
| **Total Checking/Savings** | 174.09 |
| **Accounts Receivable** |  |
| Accounts Receivable | 3,160.00 |
| **Total Accounts Receivable** | 3,160.00 |
| **Total Current Assets** | 3,334.09 |
| **Fixed Assets** |  |
| Machinery & Equipment | 165,336.00 |
| **Total Fixed Assets** | 165,336.00 |
| **TOTAL ASSETS** | **168,670.09** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| Accounts Payable | 13,110.03 |
| **Total Accounts Payable** | 13,110.03 |
| **Other Current Liabilities** |  |
| Douglas Properties | 4,000.00 |
| Northside Mini Storage | 11,600.00 |
| NOVUS Glass LOAN | -10.04 |
| Oak Knoll Apartments | 12,500.00 |
| Payroll Liabilities | 5,248.21 |
| Squeeky Auto Center | 2,982.27 |
| Tischer Management | 200.00 |
| Wally & Roxanne Tischer | 1,236.39 |
| **Total Other Current Liabilities** | 37,756.83 |
| **Total Current Liabilities** | 50,866.86 |
| **Long Term Liabilities** |  |
| MMB B-1 & B-2 62614 | 62,043.63 |
| MMB Y-1 62532 | 48,277.37 |
| **Total Long Term Liabilities** | 110,321.00 |
| **Total Liabilities** | 161,187.86 |
| **Equity** |  |
| Capital Stock | 44,023.17 |
| Pd in Capital | -1,025.69 |
| Retained Earnings | -30,023.00 |
| Net Income | -5,492.25 |
| **Total Equity** | 7,482.23 |
| **TOTAL LIABILITIES & EQUITY** | **168,670.09** |

# Minnesota Mobile Billboards, Inc.
## Profit & Loss
### January 1 through March 3, 2011

|  | Jan 1 - Mar 3, 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| Sales - Alexandria | 400.00 |
| Sales - Production | 750.00 |
| Sales - St. Cloud | 5,940.00 |
| **Total Sales** | 7,090.00 |
| **Total Income** | 7,090.00 |
| **Gross Profit** | 7,090.00 |
| **Expense** | |
| **Automobile Expense** | |
| St. Cloud Truck Storage | 400.00 |
| Automobile Expense - Other | 378.75 |
| **Total Automobile Expense** | 778.75 |
| Bank Service Charges | 32.95 |
| Business Licenses and Permits | 26.00 |
| CC Processing & Pass-thru Fees | 7.45 |
| Computer and Internet Expenses | 39.90 |
| Display Supplies | -44.89 |
| Dues and Subscriptions | 0.00 |
| Insurance Expense | 1,072.00 |
| Interest Expense | 2,568.73 |
| Marketing Expense | 455.81 |
| Miscellaneous Expense | 0.00 |
| Office Supplies | 153.60 |
| **Payroll Expenses** | |
| Commissions | 1,910.00 |
| Payroll Taxes | 3,595.28 |
| Payroll Expenses - Other | 964.23 |
| **Total Payroll Expenses** | 6,469.51 |
| Production | 50.00 |
| Telephone Expense | 405.65 |
| Transfer Between Accounts | 0.00 |
| Travel Expense | 566.79 |
| **Total Expense** | 12,582.25 |
| **Net Ordinary Income** | -5,492.25 |
| **Net Income** | **-5,492.25** |

# TAB 3

Kappy Investments, Inc.

Exhibit A

## Valuation Estimate for Kappy Investments, Inc.

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information]

**Value:**                     **$245,937.83**
**Estate's interest:**          **85%**
**Source of Information:**      **Debtors**

Exhibit B

## Financial Statements for Kappy Investments, Inc.

**NONE.**

Exhibit B-1

## Balance Sheet for Kappy Investments, Inc.
### As of 03/03/11

**See attached Balance Sheet.**

Exhibit B-2

## Statement of Income (Loss) for Kappy Investments, Inc.
### Period Ending 03/03/11

[Provide a statement of income (loss) for the following periods:

    (i)      For the initial report:
                    a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
                    b.   the prior fiscal year.
    (ii)     For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**See attached Profit & Loss.**

## Statement of Cash Flows for Kappy Investments, Inc.
### Period Ending 03/03/11

[Provide a statement of changes in cash flows for the following periods:

    (i)      For the initial report:
                  a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
                  b.   the prior fiscal year.
    (ii)     For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**See attached Profit & Loss**

Exhibit B-4

## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Kappy Investments, Inc.
### Period Ending _____

[Provide a statement of changes in shareholders'/partners' equity (deficit) for the following periods:

    (i)      For the initial report:
                  a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
                  b.   the prior fiscal year.
    (ii)     For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**NONE.**

Exhibit C

## Description of Operation for Kappy Investments, Inc.

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.

**Nature:**                          **Planned Unit Development.**
**Extent of Estate's Interest:**     **85%**

# Kappy Investments Inc.
## Balance Sheet
### As of March 3, 2011

|  | Mar 3, 11 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| NEW Wells Fargo Debtor Acct | 419.28 |
| Wells Fargo Bank | 216.80 |
| **Total Checking/Savings** | 636.08 |
| **Total Current Assets** | 636.08 |
| Fixed Assets | |
| Development Costs | |
| Mortgage Costs | 5,700.00 |
| Good Will | 250,000.00 |
| Well & water Install | 48,322.63 |
| Appraisal & Legal | 32,595.71 |
| Carpentry | 21,544.00 |
| Construction | 40,366.89 |
| Electrical Services | 24,807.97 |
| Material | 17,017.86 |
| Sewer Install | 29,398.35 |
| Improvements | 25,098.21 |
| Land | 245,029.23 |
| Buildings | 215,000.00 |
| Development Costs - Other | -11,226.15 |
| **Total Development Costs** | 943,654.70 |
| **Accum Development Costs** | -238,580.72 |
| **Total Fixed Assets** | 705,073.98 |
| Other Assets | |
| Cash to seller | 27,457.69 |
| Organizational Costs | 135.00 |
| Accum Amortization | -135.00 |
| **Total Other Assets** | 27,457.69 |
| **TOTAL ASSETS** | 733,167.75 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 56,006.25 |
| **Total Accounts Payable** | 56,006.25 |
| Other Current Liabilities | |
| FIRE Loan | -4,310.02 |
| Loan From Squeeky | 16,400.00 |
| Loan From Wally Tischer-TS | |
| WDT | 29,571.29 |
| Loan from Wally | 578.00 |
| Loan WT | 40,226.41 |
| Loan From Wally Tischer-TS - Other | 13,232.01 |
| **Total Loan From Wally Tischer-TS** | 83,607.71 |
| First State loan #31642 | -3,866.53 |
| Loan From Tischer Management | 47,179.81 |
| Loan from Douglas Properties | 49,866.53 |
| Loan from Motel USA | 55,000.00 |
| loan from Oak Knoll | 61,300.00 |
| **Total Other Current Liabilities** | 305,177.50 |
| **Total Current Liabilities** | 361,183.75 |
| Long Term Liabilities | |
| First State Bank | 359,000.00 |

# Kappy Investments Inc.
## Balance Sheet
### As of March 3, 2011

|                                | Mar 3, 11    |
| ------------------------------ | -----------: |
| Bergquist Mtg                  | 200,000.00   |
| Total Long Term Liabilities    | 559,000.00   |
| Total Liabilities              | 920,183.75   |
| Equity                         |              |
| Owners Contribution            | 20,000.00    |
| Stock - Scott                  | 150.00       |
| Stock - Wally                  | 850.00       |
| Retained Earnings              | -206,043.28  |
| Net Income                     | -1,972.72    |
| Total Equity                   | -187,016.00  |
| TOTAL LIABILITIES & EQUITY     | 733,167.75   |

# Kappy Investments Inc.
## Profit & Loss
### January 1 through March 3, 2011

|  | Jan 1 - Mar 3, 11 |
|---|---|
| Expense |  |
| bank service charge | 2.50 |
| Insurance | 867.00 |
| Maintenance | 550.00 |
| Utilities |  |
| Elecricity | 228.22 |
| Total Utilities | 228.22 |
| Legal | 325.00 |
| Total Expense | 1,972.72 |
| Net Income | -1,972.72 |

# TAB 4

## Time Square, Inc.

Business is no longer operating and closed its doors in February 2010.

# TAB 5

Time Square of Minnesota, LLC

Business is no longer operating and closed its doors in 2010.

# TAB 6

Douglas Properties, LLC

Exhibit A

## Valuation Estimate for Douglas Properties, LLC

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information]

**Value:**               **$12,000.00**
**Estate's interest:**     **100%**
**Source of Information:**  **Debtors**

Exhibit B

## Financial Statements for Douglas Properties, LLC

**NONE.**

Exhibit B-1

## Balance Sheet for Douglas Properties, LLC
### As of 03/03/11

**See attached Balance Sheet.**

Exhibit B-2

## Statement of Income (Loss) for Douglas Properties, LLC
### Period Ending 03/03/11

[Provide a statement of income (loss) for the following periods:

(i)     For the initial report:
      a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
      b.   the prior fiscal year.
(ii)    For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**See attached Profit & Loss.**

Exhibit B-3

## Statement of Cash Flows for Douglas Properties, LLC
## Period Ending 03/03/11

[Provide a statement of changes in cash flows for the following periods:

    (i)      For the initial report:
                  a.   the period between the end of the preceding fiscal year and the end of the most recent six-
                       month period of the current fiscal year; and
                  b.   the prior fiscal year.
    (ii)     For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**See attached Profit & Loss.**

Exhibit B-4

## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for
## Douglas Properties, LLC
## Period Ending _____

[Provide a statement of changes in shareholders'/partners' equity (deficit) for the following periods:

    (i)      For the initial report:
                  a.   the period between the end of the preceding fiscal year and the end of the most recent six-
                       month period of the current fiscal year; and
                  b.   the prior fiscal year.
    (ii)     For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**NONE.**

Exhibit C

## Description of Operation for Douglas Properties, LLC

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.

**Nature:**                            **Formerly a mini storage – Sold Mini Storage. Company remains open for now.**

**Extent of Estate's interest:**       **100%**

Douglas Properties, LLC

# Balance Sheet

As of March 4, 2011

|  | Mar 4, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| State Bank & Trust | 15,875.80 |
| Viking Savings | -1.34 |
| Norwest Checking | -88.00 |
| **Total Checking/Savings** | 15,786.46 |
| **Other Current Assets** | |
| Loan to NOVUS | 50.00 |
| Loan to MMB | 11,600.00 |
| Loan to MN Mobile Marketing | 13,000.00 |
| Loan To Tischer Management | 29,552.20 |
| Loan to Kappy | 49,866.53 |
| Loan to Squeeky | 52,455.00 |
| Loan to Tischer Homes | 7,600.00 |
| **Total Other Current Assets** | 164,123.73 |
| **Total Current Assets** | 179,910.19 |
| **Fixed Assets** | |
| LANDSCAPING | 53,565.02 |
| **Leasehold Construction** | |
| Legal | 15.00 |
| **Total Leasehold Construction** | 15.00 |
| Alexandria Ministorage | 110,247.02 |
| Land | 18,380.00 |
| Accum Dep Bld & Equip | -56,384.74 |
| **Total Fixed Assets** | 125,822.30 |
| **Other Assets** | |
| Loan Origination | 3,000.00 |
| Accum Amortization | -966.16 |
| Escrow Reserve | 5,983.80 |
| **Total Other Assets** | 8,017.64 |
| **TOTAL ASSETS** | 313,750.13 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Loan from Motel USA | 12,627.32 |
| loan from Oak | 12,500.00 |
| Loan Oak Knoll | 1,500.00 |
| loan from TM | 10,767.83 |
| Loan from WT | -19,014.00 |
| Security Deposit | 2,658.73 |
| **Total Other Current Liabilities** | 21,039.88 |
| **Total Current Liabilities** | 21,039.88 |
| **Long Term Liabilities** | |
| Bremer Bank 138477 | 538,838.74 |
| **Total Long Term Liabilities** | 538,838.74 |
| **Total Liabilities** | 559,878.62 |
| **Equity** | |
| Partners Capital Account | -146,316.23 |
| Roxanne Tischer - Draw | -280,220.06 |
| Retained Earnings | 180,378.09 |
| Net Income | 29.71 |
| **Total Equity** | -246,128.49 |
| **TOTAL LIABILITIES & EQUITY** | 313,750.13 |

Douglas Properties, LLC

# Profit & Loss

January 1 through March 4, 2011

|  | Jan 1 - Mar 4, 11 |
| --- | --- |
| **Ordinary Income/Expense** | |
| **Expense** | |
| Transfer Between Accounts | 0.00 |
| Bank Service Charge | -29.71 |
| **Total Expense** | -29.71 |
| **Net Ordinary Income** | 29.71 |
| **Net Income** | 29.71 |

# TAB 7

**Oak Knoll Apartments, LLC**

Business is no longer operating and closed its doors in 2010.

# TAB 8

## Tischer Homes, Inc.

There is no business activity, no checking account and a tax return is not prepared for this business.

# TAB 9

## ASUM, Inc.

This is a shell company and there is no business activity, no checking account and a tax return is not prepared for this business.

# TAB 10

First in Real Estate, LLC

This is a shell company and there is no business activity, no checking account and a tax return is not prepared for this business.

# TAB 11

## Townsite Developers, LLC

**Business is no longer operating and closed its doors on 04/15/10.**

# TAB 12

## Anchor Inn, LLC

Business is no longer operating and closed its doors in 2008.

# TAB 13

## Kappy Developers, LLC

**Business is no longer operating and closed its doors on 12/17/03.**

# TAB 14

Squeeky Clean Wash, Inc.

Exhibit A

## Valuation Estimate for Squeeky Clean Wash, Inc.

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information]

| | |
|---|---|
| **Value:** | **$0.00** |
| **Estate's interest:** | **100%** |
| **Source of Information:** | **Debtors** |

Exhibit B

## Financial Statements for Squeeky Clean Wash, Inc.

**NONE.**

Exhibit B-1

## Balance Sheet for Squeeky Clean Wash, Inc.
### As of 03/03/11

**See attached Balance Sheet.**

Exhibit B-2

## Statement of Income (Loss) for Squeeky Clean Wash, Inc.
### Period Ending 03/03/11

[Provide a statement of income (loss) for the following periods:

    (i)      For the initial report:
             a.  the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
             b.  the prior fiscal year.
    (ii)     For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**See attached Profit & Loss.**

Exhibit B-3

## Statement of Cash Flows for Squeeky Clean Wash, Inc.
### Period Ending 03/03/11

[Provide a statement of changes in cash flows for the following periods:

    (i)      For the initial report:
                  a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
                  b.   the prior fiscal year.
    (ii)     For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**See attached Profit & Loss.**

Exhibit B-4

## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Squeeky Clean Wash, Inc.
### Period Ending _____

[Provide a statement of changes in shareholders'/partners' equity (deficit) for the following periods:

    (i)      For the initial report:
                  a.   the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
                  b.   the prior fiscal year.
    (ii)     For subsequent reports, since the closing date of the last report.

Indicate the source of this information]

**NONE.**

Exhibit C

## Description of Operation for Squeeky Clean Wash, Inc.

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.

**Nature:**                         **Car wash, lube/detailing shop and also Novus Auto Glass(closed 01/22/11)**

**Extent of Estate's interest:**    **100%**

Squeeky Auto Center

# Balance Sheet

As of March 3, 2011

|  | Mar 3, 11 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| State Bank & Trust | -1,227.12 |
| Viking Savings Association | -1,986.82 |
| **Total Checking/Savings** | -3,213.94 |
|  |  |
| **Accounts Receivable** |  |
| Accounts Receivable | -156.35 |
| **Total Accounts Receivable** | -156.35 |
|  |  |
| **Other Current Assets** |  |
| Loan to MMB | 4,065.36 |
| Loan to TM | 2,000.00 |
| Inventory | 16,042.00 |
| Loan to Kappy | 16,439.90 |
| Deposit | -578.76 |
| Loan for change | 300.00 |
| Undeposited Funds | 1,017.95 |
| **Total Other Current Assets** | 39,286.45 |
|  |  |
| **Total Current Assets** | 35,916.16 |
|  |  |
| **Fixed Assets** |  |
| Car Wash Improvement | 111,722.58 |
| Quick Lube Supplies- Equiptment | 25,494.01 |
| New Car Wash Land | 265,000.00 |
| Capital Improvements | 36,789.72 |
| Machinery & Equipment | 11,801.19 |
| Squeeky Clean Building | 283,438.56 |
| Accum Depreciation | -172,082.99 |
| **Total Fixed Assets** | 562,163.07 |
|  |  |
| **Other Assets** |  |
| LKE Balance Overage | 191,561.44 |
| **Total Other Assets** | 191,561.44 |
|  |  |
| **TOTAL ASSETS** | 789,640.67 |
|  |  |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| Accounts Payable | 131,249.12 |
| **Total Accounts Payable** | 131,249.12 |
|  |  |
| **Other Current Liabilities** |  |
| Loan From Wally Tischer-TS | -500.00 |
| Loan from D P | 57,600.00 |
| Loan from Oak | 59,400.00 |
| Loan from Tischer Managment | 77,689.31 |
| Loan W&R Tischer | 21,333.00 |
| Sales Tax Payable | 94.20 |
| **Total Other Current Liabilities** | 215,616.51 |
|  |  |
| **Total Current Liabilities** | 346,865.63 |
|  |  |
| **Long Term Liabilities** |  |
| NNB loan #109163 | 393,845.04 |
| Viking Savings 10082963 | 94,858.01 |
| Viking Savings loan #10036573 | 424,404.44 |
| **Total Long Term Liabilities** | 913,107.49 |
|  |  |
| **Total Liabilities** | 1,259,973.12 |

Squeeky Auto Center

# Balance Sheet

As of March 3, 2011

|  | Mar 3, 11 |
|---|---|
| **Equity** |  |
| Capital Account | 136,155.48 |
| Retained Earnings | -581,044.56 |
| Net Income | -25,443.37 |
| **Total Equity** | -470,332.45 |
| **TOTAL LIABILITIES & EQUITY** | 789,640.67 |

Squeeky Auto Center

# Profit & Loss

January 1 through March 3, 2011

|  | Jan 1 - Mar 3, 11 |
|---|---|
| **Income** | |
| Used Oil Sales | 193.20 |
| Quick Lube | 6,397.43 |
| Automatic Bay 1 | 393.00 |
| Auto bay 1 Credit Card Sales | 2,096.00 |
| Detailing | 1,193.64 |
| Inside Vending | 320.00 |
| Self serve | 2,471.40 |
| Vacuum | 869.00 |
| **Total Income** | 13,933.67 |
| **Expense** | |
| late fee | 379.70 |
| Food | 39.16 |
| Uncategorized Expenses | -767.96 |
| Service Charges | 265.31 |
| Subscriptions | 265.00 |
| Customer Service Reimbursement | 157.79 |
| Quick Lube Supplies | |
| Truck & Car Accessories | 94.15 |
| Oil Products | 4,967.00 |
| Quick Lube Supplies - Other | 2,242.83 |
| **Total Quick Lube Supplies** | 7,303.98 |
| Advertising | 4,629.82 |
| Bank Service Charges | 245.80 |
| Chemicals | |
| DSI-Detailing Chemicals | 48.22 |
| Chemicals - Other | -48.22 |
| **Total Chemicals** | 0.00 |
| Insurance | 702.00 |
| Interest | 1,686.32 |
| Maintenance | |
| Snow Plow Expence | 1,063.09 |
| Maintenance - Other | 6,680.41 |
| **Total Maintenance** | 7,743.50 |
| Office Supplies | |
| Postage | 181.50 |
| Office Supplies - Other | 633.61 |
| **Total Office Supplies** | 815.11 |
| Payroll Expenses | 6,000.00 |
| Repairs | 1,798.01 |
| Sales Tax | 1,798.84 |
| Snow Removal | 62.00 |
| Supplies | 24.87 |
| Utilities | |
| Phone/Internet/Cable | 283.79 |
| Balance Forward | 101.21 |
| Commercial Sewer | 1,102.62 |
| Storm Water Charge | 25.20 |
| Commercial Water | 663.20 |
| Industrial Power | 1,107.48 |
| Electric | 963.96 |
| Garbage | 154.11 |
| Natural Gas | 1,826.22 |
| **Total Utilities** | 6,227.79 |
| **Total Expense** | 39,377.04 |
| **Net Income** | -25,443.37 |

# NOVUS Glass Repair & Replacement
## Balance Sheet
### As of March 3, 2011

|  | Mar 3, 11 |
|---|---|
| **ASSETS** |  |
|   Current Assets |  |
|     Checking/Savings |  |
|       NOVUS Glass Repair&Replacement | 9.38 |
|       State Bank & Trust | 19.76 |
|     **Total Checking/Savings** | 29.14 |
|     Accounts Receivable |  |
|       Accounts Receivable | 684.10 |
|     **Total Accounts Receivable** | 684.10 |
|     Other Current Assets |  |
|       Loan To Tischer Management | 1,200.00 |
|     **Total Other Current Assets** | 1,200.00 |
|   **Total Current Assets** | 1,913.24 |
| **TOTAL ASSETS** | **1,913.24** |
| **LIABILITIES & EQUITY** |  |
|   Liabilities |  |
|     Current Liabilities |  |
|       Accounts Payable |  |
|         Accounts Payable | 19,160.86 |
|       **Total Accounts Payable** | 19,160.86 |
|     **Total Current Liabilities** | 19,160.86 |
|     Long Term Liabilities |  |
|       Wally & Roxanne Tischer Loan | 7,203.10 |
|     **Total Long Term Liabilities** | 7,203.10 |
|   **Total Liabilities** | 26,363.96 |
|   Equity |  |
|     Owners Equity | -23,367.87 |
|     Net Income | -1,082.85 |
|   **Total Equity** | -24,450.72 |
| **TOTAL LIABILITIES & EQUITY** | **1,913.24** |

# NOVUS Glass Repair & Replacement
## Profit & Loss
### January 1 through March 3, 2011

|  | Jan 1 - Mar 3, 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Labor | 70.00 |
| Sales | 2,356.92 |
| Transfer between accounts | 0.00 |
| **Total Income** | 2,426.92 |
| **Cost of Goods Sold** | |
| **Parts Purchases** | |
| Aquapel | 0.00 |
| Delivery | 39.00 |
| EDI | 20.25 |
| Glass | 763.98 |
| Misc. Parts | 104.70 |
| Moldings | 47.69 |
| Royalties | 350.00 |
| Urethanes & Primers & Cleaner | 80.56 |
| **Total Parts Purchases** | 1,406.18 |
| **Total COGS** | 1,406.18 |
| **Gross Profit** | 1,020.74 |
| **Expense** | |
| Advertising and Promotion | 1,803.00 |
| Automobile Expense | 41.25 |
| Bank Service Charges | 7.95 |
| Credit Card Fees | 18.24 |
| Interest Expense | 88.16 |
| Misc. Expense | -97.66 |
| Office Supplies | 207.55 |
| Utilities | 35.10 |
| **Total Expense** | 2,103.59 |
| **Net Ordinary Income** | -1,082.85 |
| **Net Income** | **-1,082.85** |

# TAB 15

Viking Village Apartments

**Business is no longer operating and closed its doors in 2006.**

# TAB 16

Woodlawn Shores

This business is an assumed name doing business as Kappy Kappy Investments, Inc.; see Kappy Investments, Inc. (Tab 3) for more information.

Re:  **Walter D. Tischer and Roxanne L. Tischer.**
     **Bankruptcy Case No. 11-60003**

STATE OF NORTH DAKOTA )
                      ) SS      **CERTIFICATE OF SERVICE**
COUNTY OF CASS        )

    Dorene K. Stelljes, being first duly sworn, does depose and say:  she is a resident of Moorhead, Minnesota, of legal age and not a party to or interested in the above-entitled matter.

    On March 14, 2011, affiant caused the following document(s):

- **Form 26 – Periodic Report regarding Value, Operations, and Profitability of Entities in which the Estate of Walter and Roxanne Tischer holds a Substantial or Controlling Interest**

to be filed electronically with the Clerk of Court, through ECF, and a copy of the above-referenced documents will be delivered to the people listed below who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and a copy by mail to the people listed below who are not Filing Users:

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN  55415
**(to receive electronically)**

Bradley J. Halberstadt
Attorney at Law
2277 Highway 36 West, Suite 100
Roseville, MN 55113
**(to receive electronically)**

David L. Johnson
Attorney at Law
P. O. Box 2189
Fargo, ND 58108
**(to receive electronically)**

Gary I. Syverson
Attorney at Law
P. O. Box 787
Alexandria, MN 56308
**(to receive electronically)**

Ramada Worldwide, Inc.
c/o Forman Holt Eliades & Ravin, LLC
80 Route 4 East – Suite 290
Paramus, NJ 07652

/s/Dorene K. Stelljes
_____
Dorene K. Stelljes


Subscribed and sworn to before me this
14th day of March, 2011.

/s/Kirsten Woolery
KIRSTEN WOOLERY, Notary Public
Cass County, North Dakota
1111189.1